IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SUZANNE GILBERTSON,

    Plaintiff,

v.    Civil Action No. 3:16cv255

STANLEY B. JONES, Ed.D,
et al.,

    Defendants.

**ORDER**

By Order entered herein on September 13, 2016, the pending MOTION TO LIMIT OR QUASH SUBPOENA DUCES TECUM (ECF No. 24) was referred to Magistrate Judge David J. Novak for report and recommendation.

Having reviewed the REPORT AND RECOMMENDATION (ECF No. 36) entered herein on September 22, 2016, and there being no timely filed objections thereto, and the time for filing objections having expired, and having considered the record and the REPORT AND RECOMMENDATION and finding no error therein, it is hereby ORDERED that the REPORT AND RECOMMENDATION of the Magistrate Judge (ECF No. 36) is adopted on the basis of the reasoning of the REPORT AND RECOMMENDATION.

It is further ORDERED that the MOTION TO LIMIT OR QUASH SUBPOENA DUCES TECUM (ECF No. 24) is granted in part and denied in part. The motion is denied with respect to the notes of Melissa Hipolit from

her interview with the defendant, Stanley B. Jones, and the motion is granted with respect to the request for all other materials from Ms. Hipolit.

    It is so ORDERED.

/s/ *REP*
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 1, 2016